**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Oct 13 04:51:45 EDT 2017

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | UL |
| **Goods and Services** | IC A . US A . G & S: Electrical Equipment, Usually Not of a Voltage Exceeding 600 Volts; Building Materials and Equipment; Fire Fighting and Fire Prevention Equipment; Chemicals, Such as Detergents, Flares, Flammable Liquids, [ Safety Matches, ] Photographic Film, and Similar Chemicals; Hydraulic Equipment; Equipment for the Handling and Utilization of Hazardous Liquids and Gases, Including Heaters; Automotive Equipment; Equipment and Systems for Protection Against Burglary and Theft; Safety Appliances and Air Ducts. FIRST USE: 19371200. FIRST USE IN COMMERCE: 19371200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.01 - Circles as carriers or as single line borders |
| **Serial Number** | 72185169 |
| **Filing Date** | January 22, 1964 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 0782589 |
| **Registration Date** | December 29, 1964 |
| **Owner** | (REGISTRANT) UNDERWRITERS' LABORTORIES, INC. CORPORATION DELAWARE 207 E. OHIO ST. CHICAGO, ILLINOIS |
| | (LAST LISTED OWNER) UL LLC LIMITED LIABILITY COMPANY DELAWARE 333 PFINGSTEN ROAD NORTHBROOK ILLINOIS 60062 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul Brown |
| **Prior Registrations** | 0063421;0066942;AND OTHERS |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 13 04:51:45 EDT 2017

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | UL |
| **Goods and Services** | IC A . US A . G & S: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 V; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS SUCH AS DETERGENTS, FLAMMABLE LIQUIDS, ADHESIVES, PLASTICS, COATINGS, FUMIGANTS, SOLVENTS, FLAME RETARDANTS, REFRIGERANTS, CHEMICALS TO TREAT WATER AND SIMILAR CHEMICALS; BUILDING MATERIALS AND EQUIPMENT; HYDRAULIC EQUIPMENT; EQUIPMENT FOR HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS, AIR CONDITIONERS, AND REFRIGERATION EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY, THEFT, AND FIRE; SAFETY APPLIANCES AND AIR DUCTS; FABRICS AND DECORATIVE MATERIALS; PREFABRICATED COMMERCIAL, INDUSTRIAL AND RESIDENTIAL BUILDINGS OR BUILDING UNITS; RECREATIONAL VEHICLES; PLUMBING EQUIPMENT; AUTOMOTIVE EQUIPMENT, MARINE EQUIPMENT; MOTORS; MEDICAL INSTRUMENTS; LIGHTING EQUIPMENT; HEATING EQUIPMENT; INDUSTRIAL VEHICLES; PROTECTIVE CLOTHING AND FOOTWEAR; INSULATED AND INSULATING HAND TOOLS; POWDER ACTUATED TOOLS, MUSICAL INSTRUMENTS; OFFICE APPLIANCES, BUSINESS EQUIPMENT AND HOUSEHOLD CLOCKS; GAS AND OIL EQUIPMENT; ROOFING MATERIALS AND SYSTEMS; ELECTRICAL APPLIANCE AND UTILIZATION EQUIPMENT; AND ELECTRICAL CONSTRUCTION EQUIPMENT. FIRST USE: 19371200. FIRST USE IN COMMERCE: 19371200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.01 - Circles as carriers or as single line borders |
| **Serial Number** | 75673083 |
| **Filing Date** | March 26, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 11, 2000 |
| **Registration Number** | 2391140 |
| **Registration Date** | October 3, 2000 |
| **Owner** | (REGISTRANT) Underwriters Laboratories Inc. CORPORATION DELAWARE 333 Pfingsten Northbrook ILLINOIS 60062 |
| | (LAST LISTED OWNER) UL LLC LIMITED LIABILITY COMPANY DELAWARE 333 PFINGSTEN ROAD NORTHBROOK ILLINOIS 60062 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul Brown |
| **Prior Registrations** | 0782589 |
| **Type of Mark** | CERTIFICATION MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100326. |
| **Renewal** | 1ST RENEWAL 20100326 |
| **Other Data** | The certification mark as used by persons authorized by applicant certifies that representative samplings of the goods conform to the requirements of the applicant. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Oct 13 04:51:45 EDT 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# UL

| | |
|---|---|
| **Word Mark** | UL |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: downloadable safety and environmental standards. FIRST USE: 20011216. FIRST USE IN COMMERCE: 20011216 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: printed material, namely, safety and environmental standards. FIRST USE: 19770831. FIRST USE IN COMMERCE: 19770831 |
| | IC 035. US 100 101 102. G & S: business advisory services in the fields of product safety, regulatory compliance, conformity assessment, quality management systems, environmental marketing, process improvement, and brand protection; marketing consulting with respect to market access assessment relating to the compliance of the goods of others with local and global regulations and industry standards; business auditing services for bottlers of bottled water. FIRST USE: 20040501. FIRST USE IN COMMERCE: 20040501 |
| | IC 041. US 100 101 107. G & S: education and training services, namely, providing seminars, one-on-one training, and online courses in the fields of safety compliance, quality management systems, manufacturing improvement processes and anti-counterfeiting and intellectual property crime; publication of safety and environmental standards. FIRST USE: 20040501. FIRST USE IN COMMERCE: 20040501 |
| | IC 042. US 100 101. G & S: providing product safety testing services and related consulting services; providing environmental testing and assessment services for building and consumer products; development of safety and environmental standards for products and services affecting the safety of consumers, the environment and human health; providing customized supplier audit and product inspection services based on buyers' pre-defined parameters or specifications; testing, analysis, evaluation and inspection services for the quality and safety of bottled water; scientific analysis services for bottlers of bottled water; food safety assessment services, namely, audit and registration services related to food safety testing for producers, manufacturers or processors and retail food safety/quality security systems; testing and analysis services in the field of wiring system products for the transmission of voice, video, data and power applications; inspection and testing of subcontractor manufacturing and shipping procedures and activities to ensure traceability of goods of others through the retail supply chain; testing, analysis, evaluation and inspection of products of others used in hazardous locations such as those products with flammable gases, vapors or liquids, combustible dust or ignitable fibers and flyings; regulatory services, namely, testing, evaluation and inspection of medical devices; testing, analyzing, evaluating and inspecting goods and structures of others to assess compliance and conformity pursuant to national and international standards; testing, analyzing, evaluating and inspecting goods of others to assess electromagnetic capability and compliance with telecommunications regulations; evaluating quality management systems of others to assess compliance pursuant to national and international standards. testing, analyzing, evaluating and inspecting goods of others to assess compliance and conformity pursuant to local, national and international environmental standards and regulations and related consulting services, namely, relating to product environmental testing and assessment; testing, analysis and validation of goods of others for environmental claims used on product packaging and in marketing; customized verification testing of the goods of others based on industry or 3rd party pre-defined parameters or specifications; research and development testing, namely, providing electrical, flammability, mechanical, chemical, environmental, lightning protection and electromagnetic compatibility testing pursuant to national and international standards and other specifications; testing, analysis and evaluation of the goods and services of others in relation to public health and environmental quality compatibility requirements, pursuant to national and international standards; technical consulting services relating to testing, analysis and evaluation of goods of others pursuant to national and international regulations and standards; testing, analyzing, evaluating and inspecting previously certified goods and structures of others to assess on-going compliance and conformity pursuant to national and international standards. FIRST USE: 19690800. FIRST USE IN COMMERCE: 19690800 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85376290 |
| **Filing Date** | July 20, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 19, 2012 |
| **Registration Number** | 4201014 |
| **Registration Date** | September 4, 2012 |
| **Owner** | (REGISTRANT) UL LLC LIMITED LIABILITY COMPANY DELAWARE 333 PFINGSTEN ROAD NORTHBROOK ILLINOIS 60062 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Ann K. Ford |
| **Prior Registrations** | 0782589;2391140;3347809;AND OTHERS |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Oct 13 04:51:45 EDT 2017

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | UL CERTIFIED |
| **Goods and Services** | IC A . US A . G & S: Energy and power generation, distribution, storage, and charging equipment, and parts therefor, and related goods; engines, motors, generators, hydraulic equipment and parts therefor; electrical devices, equipment, materials and parts therefor, usually not of a voltage exceeding 600v; lamps, luminaries and lighting equipment, materials and parts therefor; wire, cable and parts therefor for power, data and telecommunications; building and construction materials, equipment, and related goods; consumer and business electronics, equipment and appliances; chemicals for household or commercial use; equipment for detecting, handling, storing or using hazardous liquids and gases; recreation, life safety and power equipment for marine and water use; fire, security, safety, and personal protective equipment and systems and related goods; flame retardant and non-combustible fabrics and mattresses; heating, ventilation, air conditioning and refrigeration systems, equipment and parts therefor; medical equipment and devices; plumbing equipment, materials and parts therefor; robots and robotic equipment, parts and related goods; semiconductor devices and equipment; vehicles and vehicle equipment, parts and related goods; food processing, preparation, handling and storage equipment and related goods; water, water treatment systems and equipment. FIRST USE: 20120822. FIRST USE IN COMMERCE: 20120822 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.01 - Circles as carriers or as single line borders<br>26.11.25 - Rectangles with one or more curved sides |
| **Serial Number** | 85529144 |
| **Filing Date** | January 30, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 24, 2012 |
| **Registration Number** | 4283962 |
| **Registration Date** | January 29, 2013 |
| **Owner** | (REGISTRANT) UL LLC LIMITED LIABILITY COMPANY DELAWARE 333 Pfingsten Road Northbrook ILLINOIS 600622096 |
| **Attorney of Record** | Ann K. Ford |





$179.99
BlueHawk Bluetooth Hoverboard with Speakers
★★★★★ 2 reviews



Bluetooth Hawk Hoverboard +FREE BAG +FAST SHIPPING!!!
No reviews



Balance Hoverboard
No reviews



from $18.99
Hoverboard Carry Bag
No reviews



$249.99
HoverSeat Hoverkart Hovercart hoverboard
No reviews



Save $370.00
$599.99
from $229.99
Clearance SALE!!!! NEW CHIC IO HAWK Hoverboard
No reviews



Save $27.11
from $39.10
from $11.99
Carrying Bag HoverBoard Case Accessories
No reviews



Save $160.00
$399.99
$239.99
$239.99 SALE!!! Premium Hoverboard Lamborghini
No reviews



$24.18
8" Self Balancing Smart HoverBoard Case Carrying Bag
No reviews



from $215.99
Cruzin' Cooler Motorized Cooler or Tow Behind Wagon
No reviews



$29.99
BACK TO THE FUTURE Cap MARTY MCFLY Hat Hoverboard
No reviews



Save $10.00
$29.99
$19.99
Jumpman Hoverboard Vinyl Skin
No reviews



Save $30.00
$79.99
from $49.99
Cover-Board Hoverboard Fireproof Charging Bag
No reviews



$474.81
Batman NEW 6.5" Hoverboard self balancing scooter scratchproof
No reviews



$99.99
Children Balance Scooter Baby Walker Infant 1-3years
No reviews



$1,352.00
2 wheels balance off road city scooter
No reviews



$ 675.99
Balancing Scooter Electric Scooter Hoverboard
☆☆☆☆☆ No reviews

$ 208.60
Twist Car Seat Hoverboard Accessories
☆☆☆☆☆ No reviews

$ 39.99
8 Inches Hoverboard Silicone Cases Cover
☆☆☆☆☆ No reviews

$ 24.99
Anti Scratch 6.5 inch 8 inch Silicone Hoverboard
☆☆☆☆☆ No reviews

1  2  3  4  Next ›

**Main Menu**
Collections
SEARCH
OUR GUARANTEE!
PRODUCTS
ABOUT US
TRACKING

**Subscribe**
Invite customers to join your mailing list.

Email address

Sign Up

**Follow us**

# GANGSONG GROUP CORPORATION
## 10001 PIONEER BLVD. SANTA FE SPRINGS, CA 90670
### TEL: 626 474 8555    FAX: 626 387 6483



**BILL OF LANDING**   Freight Bill No.: LTS20170613   Date:: 6/16/2017

| Bill To: | Consignee: | Shipper: |
|---|---|---|
| Sum Fortune Int'l Group In<br>11000 E. Rush St. #1,<br>S. El Monte, CA 91733<br>Tel.: 626-350-5358<br>Attn. Mary | ManSee ManWant LLC.<br>4055 W. Jefferson St.,<br>Springfield, IL 62707<br>Tel.: 212-414-7799 / 217-622-888<br>Attn.: James Ellenberg | T R C<br>4441 Baldwin Ave., #C<br>El Monte, CA 91731<br>Tel.: 909-569-9398<br>Attn.: Michelle |

| Qty. | Description | Weight | Class | Rate | Charge |
|---|---|---|---|---|---|
| 5 Pallets | Scooters | 4980 lbs | 70 | | |
| | Shipped Via J.Y. Transportation | | | | |

COD   ☐ Shipper   ☐ Consignee   **TOTAL CHARGE**

Received In Good Condition Except As Noted   Date   To be paid at   COD Amount

Reciver Signature   Driver Signature







Home | Contact us | News

Official website

Copyright © 2016-2026 Zhouji Mall Ltd. All Rights Reserved.   POWERED BY UEESHOP

# EXHIBIT H

**Shipper**
SHENZHEN KEBE TECHNOLOGY CO.,LTD
ADD:XINGQIANG INDUSTRIAL PARK DEZHENG ROAD
SHIYAN STREET BAOAN DISTRICT SHENZHEN,CHINA

**B/L No** LONBA17030088

**Consignee**
JTL IMPORT INC.
ADD:9690 TELSTAR AVE ,SUITE#222B
EL MONTE,CA.91731

# B&A
## SHENZHEN B&A INTERNATIONAL LOGISTICS LIMITED

### COPY NON-NEGOTIABLE
### BILL OF LADING

RECEIVED in apparent good order and condition except as otherwise noted the total number of containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms and conditions hereof. One of the Bills of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. On presentation of this document duly endorsed to the Carrier by or on behalf of the Holder of the bill of Lading, the rights and liabilities arising in accordance with the terms and conditions hereof shall, without prejudice to any rule of common law or statute rendering them binding on the Merchant, become binding in all respects between the Carrier and the Holder of the Bill of Lading as though the contract evidenced hereby had been made between them. IN WITNESS whereof the number of original Bills of Lading stated under have been signed, all of this tenor and date, one of which being accomplished, the other(s) to be void.

**Notify party**
SAME AS CONSIGNEE

| pre-carriage by | Place of Receipt | |
| --- | --- | --- |
| | YANTIAN,CHINA | |
| Ocean Vessel / Voy. No. | Port of Loading | |
| NYK TRITON/062E | YANTIAN,CHINA | |
| Port of Discharge | Place of Delivery | final Destination for the Merchant's Reference |
| LOS ANGELES | LOS ANGELES | |

| container No. / Seal No.; Marks & Nos. | NO. Of containers Kind of Packages.Description of Goods or pkgs | Gross weight | Measurement |
| --- | --- | --- | --- |
| DFSU7265746 / EMN5383 / 1X40'HQ ( 12440KGS / 62CBM / 1180 CTNS ) | 1180 CTNS | 12,440.00KGS | 62.00CBM |
| 8 INCH:BLACK WHITE BLUE BLACK+RED | SCOOTER WITHOUT BATTERY | | |
| 6.5INCH:ELECTROPLATE GOLD GRAFFITI | | | |
| 6.65INCH:ELECTROPLATE PURPLE | | | |
| 6.5 INCH:GRAFFITI FLAME BLACK | | | |
| 10 INCH:GRAFFITI FLAME STREETDANCE | | | |
| 10 INCH:BLUE RED WHITECARBON FIBER | | | |
| | | SHIPPED ON BOARD APR.06, 2017 | |

**TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS):** SAY ONE THOUSAND ONE HUNDRED AND EIGHTY CTNS ONLY

| FREIGHT & CHARGES | For delivery of goods apply to: | Rate | Per | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | FREIGHT PREPAID | |

| Ex. Rate | Prepaid at | Payable at | Place and date of issue |
| --- | --- | --- | --- |
| | Total Prepaid | No. of Original B(s)/L THREE(3) | Signed for the Carrier |
| | | | SHENZHEN CHINA 2017-4-6 |

Date / LADEN ON BOARD THE VESSEL Signature

(TERMS CONTINUED ON BACK HEREOF)

**Shipper**
SHENZHEN KEBE TECHNOLOGY CO.,LTD
ADD:XINGQIANG INDUSTRIAL PARK DEZHENG ROAD
SHIYAN STREET BAOAN DISTRICT SHENZHEN,CHINA

**Consignee**
JTL IMPORT INC.
ADD:9690 TELSTAR AVE ,SUITE#222B
EL MONTE,CA.91731

**Notify party**
SAME AS CONSIGNEE

B/L No. LOSBA17040063



# SHENZHEN B&A INTERNATIONAL LOGISTICS LIMITED

## COPY NON-NEGOTIABLE

### BILL OF LADING

RECEIVED in apparent good order and condition except as otherwise noted the total number of containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms and conditions hereof. One of the Bills of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. On presentation of this document duly endorsed to the Carrier by or on behalf of the Holder of the bill of Lading, the rights and liabilities arising in accordance with the terms and conditions hereof shall, without prejudice to any rule of common law or statute rendering them binding on the Merchant, become binding in all respects between the Carrier and the Holder of the Bill of Lading as though the contract evidenced hereby had been made between them. IN WITNESS whereof the number of original Bills of Lading stated under have been signed, all of this tenor and date, one of which being accomplished, the other(s) to be void.

| pre-carriage by | Place of Receipt |
|---|---|
| | YANTIAN,CHINA |

| Ocean Vessel | Voy. No. | Port of Loading |
|---|---|---|
| SPIRIT OF MELBOURNE/024E | | YANTIAN,CHINA |

| Port of Discharge | Place of Delivery | final Destination for the Merchant's Reference |
|---|---|---|
| LONG BEACH | LONG BEACH | |

| container No. | Seal No.; Marks & Nos. | NO. Of containers Kind of Packages.Description of Goods or pkgs | Gross weight | Measurement |
|---|---|---|---|---|
| CBHU9540085 | CA605236 | 1X40'HQ ( 11,730KGS / 54.7CBM / 1135 CTNS ) | | |
| | | 1135 CTNS | 11,730.00KGS | 54.70CBM |
| | 8 INCH:BLACK WHITE BLUE BLACK+RED | SCOOTER WITHOUT BATTERY | | |
| | 6.5INCH:ELECTROPLATE GOLD GRAFFITI | | | |
| | 6.5INCH:ELECTROPLATE PURRLE | | | |
| | 6.5INCH :GRAFFITI FLAME BLACK | | | |
| | 10 INCH:GRAFFITI FLAME STREETDANCE | | | |
| | 10 INCH:BLUE RED WHITECARBON FIBER | | | |
| | | | SHIPPED ON BOARD MAY.02, 2017 | |

**TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS)** SAY ONE(1X40'HQ)CONTAINER ONLY

| FREIGHT & CHARGES | For delivery of goods apply to: | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | FREIGHT PREPAID | |

| Ex. Rate | Prepaid at | Payable at | Place and date of issue |
|---|---|---|---|
| | Total Prepaid | No. of Original B(s)/L THREE(3) | Signed for the Carrier SHENZHEN CHINA |

LADEN ON BOARD THE VESSEL
Date          Signature

(TERMS CONTINUED ON BACK HEREOF)